UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD S. STEVENS,

        Petitioner,               Case Number: 07-CV-10579

v.                              HON. GEORGE CARAM STEEH

ANDREW JACKSON,

        Respondent.
_____/

## OPINION AND ORDER TRANSFERRING SUCCESSIVE PETITION FOR A WRIT OF HABEAS CORPUS TO UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Petitioner Bernard S. Stevens, presently confined at the Mound Correctional Facility in Detroit, Michigan, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. For the reasons set forth below, this Court determines that this is a successive habeas corpus petition and, therefore, orders it transferred to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631[1] and 28 U.S.C. § 2244(b)(3)(A).

In the pending petition, Petitioner challenges his conviction for first-degree criminal sexual conduct entered in Berrien County Circuit Court. On June 8, 1981, Petitioner was sentenced to life imprisonment.

---

[1]    28 U.S.C. § 1631 provides, in relevant part:

> Whenever a civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed . . .

Dockets.Justia.com

On June 19, 2006, Petitioner filed a habeas corpus petition in this court challenging the same conviction challenged in the pending petition. The District Court denied the petition on the merits. See Stevens v. Trombley, No. 06-cv-12682 (E.D. Mich. June 29, 2006) (Cohn, J.).

Before a prisoner may file a habeas petition challenging a conviction already challenged in a prior habeas petition, the prisoner must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained from the Court of Appeals for the Sixth Circuit authorization to file a second or successive petition in this Court. The Sixth Circuit has held that "when a second or successive petition for habeas corpus relief or § 2255 motion is filed in the district court without § 2244(b)(3) authorization from this court, the district court shall transfer the document to this court pursuant to 28 U.S.C. § 1631." In re Sims, 111 F.3d 45, 47 (6th Cir. 1997).

Accordingly, **IT IS ORDERED** that the petition for a writ of habeas corpus be **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit.

Dated: February 15, 2007

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 15, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---